# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 21CR1023-TWR |
| Plaintiff, | |
| vs. | JUDGMENT OF DISMISSAL |
| NORMAN SCOTT ALLEN | |
| Defendant. | |

**FILED** JUN 24 2021 CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY DEPUTY

**FILED** JUN 22 2021 CLERK US DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY DEPUTY

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☒ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐ the Court has dismissed the case for unnecessary delay; or

☐ the Court has granted the motion of the Government for dismissal, without prejudice; or

☐ the Court has granted the motion of the defendant for a judgment of acquittal; or

☐ a jury has been waived, and the Court has found the defendant not guilty; or

☐ the jury has returned its verdict, finding the defendant not guilty;

☒ of the offense(s) as charged in the Indictment/Information:

☒ Ct 1 - 21:952, 960 - Importation of Methamphetamine (Felony)

Dated: 6/22/21

Hon. Mitchell D. Dembin
United States Magistrate Judge

I have executed within Dismissal
Judgement and Commitment on 06-24-2021
United States Marshal
By: _____
USMS Criminal Section